AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Mississippi

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Richard Thomas Scott<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:16-mj-022-DAS<br><br>FID: 10168956 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 23, 2016__ in the county of __Pontotoc__ in the __Northern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2114(a) and 924(c)(1)(A)(iii) | Assault and armed robbery of a Postal employee with lawful charge, custody, and control of United States mail matter, money, and other property of the United States, with intent to rob, steal and purloin said mail matter, money and other property of the United States, and discharge of a firearm during and in relation to the assault and robbery of a person having lawful charge, custody, and control of mail matter. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dwayne Martin, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __09/25/2016__

_____
*Judge's signature*

City and state: __Tupelo, Mississippi__   David A. Sanders, U.S. Magistate Judge
*Printed name and title*