UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPAINT**

I, Dwayne Martin, a United States Postal Inspector, being duly sworn, deposes and states:

**INTRODUCTION**

I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request an arrest warrant. I am a United States Postal Inspector, United States Postal Service, currently assigned to the Jackson, Mississippi Office. I have participated in investigations of armed robberies of Postal employees.

I submit this affidavit in support of a criminal complaint for Richard Thomas Scott for the assault and armed robbery of a Postal employee lawful charge, custody, and control of United States mail matter, money, and other property of the United States, with intent to rob, steal and purloin said mail matter, money and other property of the United States, with intent to rob, steal and purloin said mail matter and discharge of a firearm during and in relation to the assault of a person having lawful charge, custody, and control of mail matter in violation of Title 18, United States Code, Sections 2114(a) and 924(c)(1)(A)(iii).

I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation; from discussions with other United States Postal Inspectors. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided by another agent, law enforcement officer or witness who may have had knowledge of that statement and to whom I, or others have spoken or whose reports I have read and reviewed. Such statements are among many statements made by others and are stated in substance and in part, unless otherwise indicated. Since this affidavit is being

1

submitted for the limited purpose of securing an order authorizing the acquisition of the Requested Information, I have not included details of every aspect of the investigation. Facts not set forth herein, or in the attached exhibits, are not being relied on in reaching my conclusion that the requested warrant should be issued. Nor do I request that this Court rely on any facts not set forth herein in reviewing this application.

## INVESTIGATION

On September 23, 2016 at approximately 10:30 am, the Randolph, Mississippi post office was robbed at gunpoint by an unknown person, who entered the post office, discharged his weapon at least three times, one shot hitting the postmaster relief officer in the arm, and then stole the postmaster relief's purse and fled the scene. The postmaster relief officer then called the police and United States Postal Inspectors. Telephone records indicate that a cellphone was used to call the Randolph post office at approximately 10:28 am. The postmaster relief indicated that she had received a telephone call prior to opening the post office for business from an unknown person asking when the post office would be opening. The postmaster relief indicated that the armed robbery happened within 5 minutes of the telephone call.

A subpoena issued to the Randolph post office's telephone provider for all incoming telephone calls indicated that at approximately 10:28 am on September 23, 2016, a cellphone was used to make a telephone call to the post office. Using social media sites, the cellphone was found to be associated with Richard Thomas Scott, an individual from Wilmer, Alabama. Scott, according to public databases, has a relative or associate that lived in Randolph, Mississippi in 2011. According to public databases, same relative or associate resides in Wilmer, Alabama at the same address as Scott.

The Randolph, Mississippi post office postmaster relief, the victim of the robbery, was shown a photospread of six photographs that included a photograph of Richard Thomas Scott. The

2

postmaster relief ~~positively~~ identified the photo of Richard Thomas Scott as the person that shot her and robbed her.

## AUTHORIZATION REQUEST

Based on the foregoing, there is probable cause to believe Richard Thomas Scott is the person that committed the armed robbery of the Randolph, Mississippi postmaster and discharge of a firearm during and in relation to that armed robbery.

WHEREFORE, I respectfully request that an arrest warrant issued for the arrest of Richard Thomas Scott.

_____
Dwayne Martin, Postal Inspector
United States Postal Inspection Service

Sworn to before me this 25 day of September, 2016.

_____
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

3