UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**FILED**

NOV 0 3 2016

DAVID CREWS, CLERK
BY_____
　　　　　　　　Deputy

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　CRIMINAL NO. 3:16CR110
　　　　　　　　　　　　　　　　　　18 U.S.C. § 2114(a)
THOMAS SCOTT　　　　　　　　　　18 U.S.C. § 2
ANGELA ROY

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about September 23, 2016, in the Northern District of Mississippi, RICHARD THOMAS SCOTT and ANGELA ROY, aided and abetted by each other, did knowingly and intentionally assault the Randolph, Mississippi Postmaster Relief, a person having lawful charge, control, and custody of mail matter and moneys and property of the United States, with intent to rob, steal, and purloin such mail matter, moneys, and property, and robbed and attempted to rob said person of such mail matter, moneys, and property and, in effecting and attempting to effect such robbery, did wound the person having charge, control, and custody of said mail matter, moneys, and property, and did put such person's life in jeopardy by the use of a dangerous weapon, all in violation of Title 18, United States Code, Sections 2114(a) and 2.

## COUNT TWO

On or about September 23, 2016, in the Northern District of Mississippi, RICHARD THOMAS SCOTT and ANGELA ROY, aided and abetted by each other, during and in relation to a crime of violence, being the armed robbery and attempted armed robbery of the Randolph, Mississippi Postmaster Relief, for which RICHARD THOMAS SCOTT and ANGELA ROY may be prosecuted in a court of the United States, did knowingly use, carry, and discharge a firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

A TRUE BILL

/s/ Felicia C. Adams
UNITED STATES ATTORNEY

/s/redacted signature
FOREPERSON