**RECEIVED**

NOV 03 2016

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.

THOMAS SCOTT
ANGELA ROY

CRIMINAL NO. 3:16CR 110
18 U.S.C. § 2114(a)
18 U.S.C. § 2

**PENALTIES**
**COUNT ONE**
**18 U.S.C. § 2114(a)**

| | |
|---|---|
| Not more than 25 years incarceration | 18 USC 2114(a) |
| Not more than a $250,000 fine | 18 USC 3571 |
| Not more than 5 years supervised release | 18 USC 3583 |
| $100 special assessment | 18 USC 3013 |

**COUNT TWO**
**18 U.S.C. § 924(c)(1)(A)(iii)**

| | |
|---|---|
| Not less than 10 years incarceration to be served consecutively to any other punishment | 18 U.S.C. 924(c)(1)(A)(iii) |
| Not more than $250,000 fine | 21 U.S.C. § 3571 |
| Not more than 5 years supervised release | 18 U.S.C. § 3583 |
| $100 special assessment | 18 U.S.C. § 3013 |

PAUL D. ROBERTS,
MS Bar # 5592
Assistant United States Attorney
Office of the United States Attorney
Northern District of Mississippi
Ethridge Professional Building
900 Jefferson Avenue
Oxford MS 38655-3608
Telephone 662/234-3351, Fax 662/234-0657