**CRIMINAL CASE COVER SHEET**        **U.S. DISTRICT COURT**

**Complete entire form**

**Place of Offense:**

City _Randolph_

County _Pontotoc_

**RECEIVED**
**NOV 0 3 2016**
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**Related Case Information**

Superseding Indictment _____ Case Number _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information**

Juvenile: ☐ Yes    ☑ No    If yes, Matter to be sealed: ☐ Yes    ☑ No

Defendant Name _Thomas Scott_

Alias Name _____

Address _Wilmer, AL_

DOB _1976_    SS# _xxx-xx-4161_    Sex _M_    Race _W_    Nationality _____

Represented by: _____

**U.S. Attorney Information:** AUSA _Paul D. Roberts_    Bar # _5592_

Interpreter: ☐ Yes    ☑ No    List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☑ Already in Federal Custody as of _____ (Date) in _LCDC_ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts _2_    ☐ Petty    ☐ Misdemeanor    ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 _18:2114A.F_ | Aiding & Abetting the Assault and Robbery of a | 1 |
| Set 2 _18:924C.F_ | Discharging a Firearm During the Robbery of a | 2 |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |

Date: _11/2/16_      Signature of AUSA _[signature] Paul Roberts_

**District Court Case Number:**
(To be entered by Clerk)      _3:16 CR 110_