CRIMINAL CASE COVER SHEET · U.S. DISTRICT COURT

**Complete entire form**

**Place of Offense:**

City Randolph

County Pontotoc

**RECEIVED**

NOV 03 2016

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**Related Case Information**

Superseding Indictment _____ Case Number _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information**

Juvenile: ☐ Yes ☑ No     If yes, Matter to be sealed: ☐ Yes ☑ No

Defendant Name Angela Roy

Alias Name _____

Address Wilmer, AL

DOB _____ SS# xxx-xx-_____ Sex F Race _____ Nationality _____

Represented by: _____

**U.S. Attorney Information:** AUSA Paul D. Roberts     Bar # 5592

Interpreter: ☐ Yes ☑ No     List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts 2     ☐ Petty   ☐ Misdemeanor   ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18:2114A.F | Aiding & Abetting the Assault and Robbery of a | 1 |
| Set 2  18:924C.F | Discharging a Firearm During the Robbery of a | 2 |
| Set 3 | | |
| Set 4 | | |

Date: 11/2/16     Signature of AUSA _[signature]_

**District Court Case Number:**
(To be entered by Clerk)     3:16 CR 110